**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| LORI OLSON, | Civil No. 08-1164 (JRT/RLE) |
|           Plaintiffs, | |
| v. | |
| RED ROCK RADIO CORPORATION, | **ORDER** |
|           Defendant. | |

_____

Lori Olson, 4209 West Calvary Road, Duluth, MN 55803, pro se plaintiff.

Jack Marcil, Joseph Wetch, Jr. and Berly Nelson, **SERKLAND LAW FIRM,** Post Office Box 6017, Fargo, ND 58108, for defendant.

This matter is before the Court on plaintiff's request for an extension of time to file a response to defendant's motion for summary judgment [Docket No. 35]. **IT IS HEREBY ORDERED** that plaintiff's request is **GRANTED** and the Court will accept a response filed on or by October 19, 2009.

DATED: October 5, 2009  
at Minneapolis, Minnesota.
                                                ___ s/John R. Tunheim ___  
                                                        JOHN R. TUNHEIM  
                                                      United States District Judge